**No. 58399.**—Tennessee Products & Chemical Corporation *v.* United States, protest 185692–K (Philadelphia).

Opinion by LAWRENCE, J.   It was stipulated that the assessment of duty at 50 cents per pound was based upon a vanadium content of 47/100 of 1 percent (0.47 percent), whereas tests made by the Government now establish that the vanadium content was actually only 425/1,000 of 1 percent (0.425 percent). Upon the uncontroverted facts of record, it was held that the iron in pigs containing vanadium was properly classified under paragraph 301, Tariff Act of 1930, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), supplemented by Presidential proclamation (T. D. 51954), and the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), and assessed at 60 cents per ton, but, in addition, should have been assessed with duty at 50 cents per pound on 0.425 percent of vanadium content instead of 0.47 percent, as originally imposed by the collector.

BEFORE THE THIRD DIVISION, SEPTEMBER 23, 1954

**No. 58400.**—Frank J. Eberle Company *v.* United States, petition 6976–R (New York).

Opinion by EKWALL, J.   At the trial, the witness on behalf of the petitioner, a firm of customs brokers, testified that the invoice was submitted to the examiner, with a request for information as to the proper dutiable value of the merchandise and that the entry was prepared according to the value received from the examiner; that indications were that the importer was satisfied with such value; and that the first indication the petitioner had that the entered value was not correct was a notice which was received from the collector that the value had been advanced. The court held that, although it was apparent that the importer had made no inquiries except those directed to the Government officials as to the correct value, there was nothing in the record to indicate a lack of good faith on the part of the importer or its representatives, nor were there any circumstances which would put a reasonably prudent person upon inquiry.   The petition was therefore granted.